IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KEVIN LAMAR STEPHENSON,

    Plaintiff,

vs.

DEVON ORLAND; LISA WARNOCK,
and Dr. JIM DEGROOT,

    Defendants.

CIVIL ACTION NO.: CV605-084

## ORDER

Defendants have filed a Motion to Stay Discovery until the Court has ruled upon their pending Motion to Dismiss. Defendants' Motion is **DENIED**.

**SO ORDERED**, this 6th day of March, 2006

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)