IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

KEVIN LAMAR STEPHENSON,

    Plaintiff,

vs.

DEVON ORLAND; LISA WARNOCK,
and Dr. JIM DEGROOT,

    Defendants.

CIVIL ACTION NO.: CV605-084

## ORDER

Defendants filed a Motion to Stay the deadline for filing a Motion for Summary Judgment until the Court rules upon the pending Motion to Dismiss and Supplemental Motion to Dismiss. Defendants' Motion to Stay is **DENIED**.

**SO ORDERED**, this 7th day of July, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE